UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SYED ALAM,

    Plaintiff,

and

ALAM & COMPANY LLC.

    v.                                          Case No. 10-CV-0512

MILLER BREWING COMPANY, COORS
BREWING COMPANY AND MILLERCOORS
LLC.

    Defendants.

---

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6), Federal Rule of Civil Procedure, and Civil Local Rule 7.1, defendants Miller Brewing Co., Coors Brewing Co. and MillerCoors LLC., file this Motion to Dismiss Plaintiff's Complaint for failure to state a claim under Fed.R.Civ.P. 12(b)(6). In support of this motion, Defendants submit the accompanying memorandum of law.

**WHEREFORE,** Defendants MillerCoors LLC , Miller Brewing Company and Coors Brewing Company respectfully request that this Court grant their motion and dismiss the Complaint in its entirety against them and additionally award defendants their costs, attorneys' fees and any and all other legal and equitable relief to which it might be entitled as to be determined by this Court.

Dated: September 28, 2010.

ELY A. LEICHTLING
State Bar No. 1008556
MICHAEL ALDANA
State Bar No. 1020233
DEREK GILLIAM
State Bar No. 1056391

<u>Direct Inquiries To</u>:
Michael Aldana
(t) 414.277.5151
(f) 414.978.8951
michael.aldana@quarles.com

<u>s/ Michael Aldana</u>
QUARLES & BRADY LLP
411 East Wisconsin Avenue
Suite 2040
Milwaukee, WI 53202-4497
414.277.5000

Attorneys for Defendants